UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF FLORIDA

THOMAS G. VENTRUDO,

Plaintiff,

vs.                                               Case No. 3:13-CV-862-J-34 MCR

UNITED STATES OF AMERICA,

Defendant.

## COMPLAINT

COMES NOW the Plaintiff, THOMAS VENTRUDO, by and through his undersigned attorneys and hereby sues the Defendant, UNITED STATES OF AMERICA, and further alleges:

### JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, as hereinafter more fully applies.

2. Jurisdiction is conferred upon this court by 28 U.S.C. § 1346(b).

Ventrudo, Thomas G. v. United States
Federal Complaint
Page 2

3. Pursuant to 28 U.S.C. § 2675(a) the claim set forth herein was presented to the United States Department of Veterans Affairs on March 15, 2013. See attached Government Standard Form 95 as Exhibit "A".

4. The United States Department of Veterans Affairs denied the claim on March 26, 2013. See attached Letter of Denial of Administrative Tort Claim as Exhibit "B".

5. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1402(b).

## PARTIES

6. At all times material hereto, Plaintiff, THOMAS G. VENTRUDO, was a citizen of the United States of America and resided at 109 Aruba Lane, Ponte Verde Beach, Florida, within the jurisdiction of this court. The alleged act or omission at issue occurred in Putnam County, Florida, within jurisdiction of this court.

7. At all times material hereto, Defendant, UNITED STATES OF AMERICA, by and through the Department of Veterans Affairs, and JOHN EDWARD LALONDE, was as agent, apparent agent, employee, and/or servant of the Department of Veterans Affairs.

8. At all times material hereto, Defendant, UNITED STATES OF AMERICA, by and through the Department of Veterans Affairs, was the owner of a 2007 Ford E-350 van bearing Florida Registration Number VA 19096, and having Vehicle Identification Number (VIN) 1FBNE31257DA89444.

9. At all times material hereto, JOHN EDWARD LALONDE, was operating the aforementioned vehicle in the course and scope of his agency, apparent agency, employment, and/or servitude on behalf of the Department of Veterans Affairs, and Defendant, UNITED STATES OF AMERICA.

## FACTS GIVING RISE TO THE CLAIM

10. Plaintiff realleges and adopts by reference Paragraphs 1 through 9 above, as if fully stated herein, and further alleges:

11. On February 21, 2012, Plaintiff, THOMAS G. VENTRUDO, was a passenger in the aforementioned Department of Veterans Affairs transport van, returning from the Veterans Administration Hospital in Gainesville, Florida, to St. Augustine, Florida.

12. On that day, at approximately 1:10 p.m., the subject van was operated by Department of Veterans Affairs agent, apparent agent, employee, and/or servant, JOHN EDWARD LALONDE. JOHN EDWARD LALONDE was traveling east on rural two-lane State Road 100 in Putnam County, Florida, transporting other disabled veterans.

13. At all times material hereto, JOHN EDWARD LALONDE negligently and unreasonably, attempted to pass three vehicles at a high rate of speed. The third vehicle was attempting a left turn at the time, which resulted in a collision causing the van to careen off the roadway and collide head-on with a tree. The impact was so severe, the engine of the van ended up trapping Plaintiff, THOMAS G. VENTRUDO, in the vehicle.

14. As a direct and proximate result of JOHN EDWARD LALONDE's negligence and unskillfulness in operating the van and causing this collision, Plaintiff, THOMAS VENTRUDO suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, extensive hospitalization, medical and nursing care and treatment, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff, THOMAS VENTRUDO will suffer the losses in the future.

13. If the Defendant were a private person, it would be liable to the Plaintiff in accordance with the laws of the state of Florida.

### PRAYER

15. Wherefore Plaintiff, THOMAS G. VENTRUDO, demands judgment against the Defendant, UNITED STATES OF AMERICA, in the sum of $395,000.00 (Three Hundred Ninety-Five Thousand Dollars) and any and all other damages allowable by law, plus costs, and post judgement interest.

Brian P. Sullivan
Florida Bar No. 65073
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9425
Attorneys for Plaintiff