**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THOMAS G. VENTRUDO,

    Plaintiff,

v.                                      Case No.   3:13-cv-862-J-34MCR

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 109; Stipulation) filed on February 21, 2017.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own costs or attorney's fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of February, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja                                              - 2 -

Copies to:

Counsel of Record